THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRAXX EQUIPMENT CO., LLC, a Washington limited liability company, <br><br> Defendant. | NO.   2:24-cv-02056-JNW <br><br> JUDGMENT |

## Summary of Judgment

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Traxx Equipment Co., LLC |
| Principal Judgment Amount | $ 147.00 |
| Liquidated Damages | $ 29.40 |
| Interest thru 5/23/25: | $   6.62 |
| Attorneys' Fees: | $735.00 |
| Costs: | $520.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Eight percent (7%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, Ballew, & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid, the Declaration of Miriam

JUDGMENT – 2:24-CV-02056-JNW
Page 1 of 2

REID, BALLEW & LEAHY, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925



Williams, and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 174, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Plaintiff's Agreement and Declaration of Trust for the period August 2024 through October 2024 and March 2025: for contributions of $147.00; for liquidated damages of $6.62, for pre-judgment interest of $6.62, for attorneys' fees of $735.00, and for costs of $520.00, all for a total of $1,438.02.

JUDGMENT ENTERED this <u>29th</u> day of <u>     May     </u>, 2025.

_____
THE HONORABLE JAMAL N. WHITEHEAD

Presented for Entry by:

REID, BALLEW & LEAHY, L.L.P.

By: _____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff

JUDGMENT – 2:24-CV-02056-JNW
Page 2 of 2

REID, BALLEW & LEAHY, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925